# United States Bankruptcy Court

### Northern District of Illinois, Eastern Division

IN RE:   Donna L. Mead

          )   Chapter 13

          )   Case No. 20 B 00734

  Debtor(s)     )   Judge Timothy A Barnes

## Notice of Motion

Donna L. Mead
1413 W. 62nd St.
Chicago, IL 60636

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On March 12, 2020 at 10:30 am, I will appear at the location listed to the right, and present this motion.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, February 27, 2020.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL 60604

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 01/10/2020.

2. The debtor(s) have failed to commit all disposable income to the plan.

3. Debtor has failed to amend Schedule I to add the new employer.

4. Debtor has failed to provide proof of income.

5. Debtor has failed to amend Schedule J to correct household size.

6. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE