**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 20-00734 |
| Donna L. Mead; | CHAPTER 13 |
| Debtor(s). | JUDGE Timothy A. Barnes |

**NOTICE OF MOTION**

TO:   See attached list

PLEASE TAKE NOTICE that on August 13, 2020, at 1:30 p.m., I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, and present NewRez LLC d/b/a Shellpoint Mortgage Servicing's Motion for Relief from the Automatic Stay & Co-Debtor Stay, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

NewRez LLC d/b/a Shellpoint Mortgage Servicing

By: /s/ Theodore Konstantinopolous
Attorney Name
Diaz Anselmo Lindberg LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILBankruptcy@dallegal.com
Firm File Number:

This law firm is deemed to be a debt collector.

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2020, a true and correct copy of the foregoing NOTICE OF MOTION was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    David M. Siegel, Debtor's Counsel

    Marilyn O. Marshall, Trustee

    U.S. Trustee

And by regular US Mail, postage pre-paid on:

    Donna L. Mead, 1413 W. 62nd St., Chicago, IL 60636

    Brandon Turner, 1413 W. 62nd St., Chicago, IL 60636

    /s/ Tabatha Johnson

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 20-00734 |
| Donna L. Mead; | CHAPTER 13 |
| Debtor(s). | JUDGE Timothy A. Barnes |

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND**
**RELIEF FROM THE CO-DEBTOR STAY**

Now comes NewRez LLC d/b/a Shellpoint Mortgage Servicing, secured creditor herein, by and through its attorneys, DIAZ ANSELMO LINDBERG LLC, and moves for entry of the attached Order Granting Relief from the Automatic Stay and Relief from the Co-Debtor Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4. The debtor filed a petition for relief under Chapter 13 on January 10, 2020. The Chapter 13 Plan was confirmed on April 30, 2020.

5. NewRez LLC d/b/a Shellpoint Mortgage Servicing holds a mortgage secured by a lien on debtor's real estate commonly known as 1413 West 62nd Street, Chicago, Illinois 60636.

6. Brandon Turner signed the Note, Mortgage & Loan Modification.

7. There is no equity in the property as the value is $82,000.00 (per Schedule A/B) and the total payoff amount as of June 30, 2020, is $82,526.35. There is also a second lien extant with a balance of $17,000.00 (per Schedule D). Debtor has a 50% interest in the subject property.

8. That as of June 30, 2020, the following chart sets forth the number and amount of post-petition payments due pursuant to the terms of the Note that have been missed by the Debtor(s):

| Number of Delinquent Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| **5** | **2/1/2020** | **6/1/2020** | **$531.47** | **$2,657.35** |
| Less post-petition partial payments: | | | | ($0.00) |
| | | | **Total:** | **$2,657.35** |

9. The failure of the debtor to make timely payments is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. § 362(d)(1).

10. That Section 1301(c) of the Bankruptcy Code states: "On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay, provided by subsection (a) of this section with respect to a creditor, to the extent that (2) the plan filed by the debtor proposes not to pay such a claim."

11. The movant requests the Court order that Rule 4001(a)(3) is not applicable

**WHEREFORE**, Movant prays for an entry of the attached Order Granting Relief from the Automatic Stay and Relief from the Co-Debtor Stay and for such further relief as this Court deems proper.

NewRez LLC d/b/a Shellpoint Mortgage Servicing

/s/ Theodore Konstantinopolous

Diaz Anselmo Lindberg, LLC
1771 West Diehl Road, Suite 120
Naperville, IL 60563
(630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)
ILBankruptcy@dallegal.com
Firm File Number: B20060050
This law firm is deemed to be a debt collector.