**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) <u>Donna L. Mead</u> Case No. <u>20-00734</u> Chapter <u>13</u>

All Cases: Moving Creditor <u>NewRez LLC d/b/a Shellpoint Mortgage Servicing</u> Date Case Filed <u>1/10/2020</u>

Nature of Relief Sought: ☒ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13:    Date of Confirmation Hearing _____ or Date Plan Confirmed <u>4/30/2020</u>

Chapter 7:    ☐ No-Asset Report Filed on _____
              ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a.    ☒ Home
   b.    ☐ Car   Year, Make, and Model _____
   c.    ☐ Other (describe) _____

2. Balance Owed as of Petition Date  <u>$84,919.70</u>
   Total of all other Liens against Collateral <u>$17,000.00</u>

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  <u>$82,000.00 (per Schedule A/B)</u>

5. Default
   a.    ☐ Pre-Petition Default
         Number of months _____    Amount $ _____

   b.    ☒ Post-Petition Default
         i.    ☒ On direct payments to the moving creditor
               Number of Months <u> 5 </u>    Amount <u>$2,657.35</u>

         ii.   ☐ On payments to the Standing Chapter 13 Trustee
               Number of months _____    Amount $ _____

6. Other Allegations
   a.    ☐ Lack of Adequate Protection § 362(d)(1)
         i.    ☐ No insurance
         ii.   ☐ Taxes unpaid    Amount $ _____
         iii.  ☐ Rapidly depreciating asset
         iv.   ☐ Other (describe) _____

   b.    ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c.    ☐ Other "cause" § 362(d)(1)
         i.    ☐ Bad Faith (describe) _____
         ii.   ☐ Multiple Filings
         iii.  ☐ Other (describe) _____

   d.    Debtor's Statement of Intention regarding the Collateral
         i.    ☐ Reaffirm    ☐ Redeem    ☐ Surrender    ☒ No Statement of Intention Filed

Date: <u>July 31, 2020</u>                                    /s/ <u>Theodore Konstantinopolous</u>
                                                              Counsel for Movant